

**Exhibit A**



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration
**24 SEPT / SEP 2025**

Titre /
Title
**WITCH SIGILS BY LINDSAY SCHOOLCRAFT
(AKA LINDSAY MATHESON)**



## 1237363

*Numéro d'enregistrement
Registration number*

Catégorie /
Category
**ARTISTIQUE / ARTISTIC**

Titulaire(s) /
Owner(s)
**LINDSAY MATHESON
157 PEARL ST S, APT 104
HAMILTON, ONTARIO
CANADA, L8P 3X7**

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Auteur(s) /
Author(s)
**LINDSAY MATHESON**

Première publication /
First publication
**12 AVR /APR  2014**

Lieu de première publication /
Place of first publication
**WHITBY, ONTARIO, CANADA**

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance
**24 SEPT / SEP 2025**



Canada