KRISTIN M. ROEBUCK BETHELL (AZ Bar No. [insert number])
SLATON ROEBUCK, PLLC
8501 N. Scottsdale Road, Suite 155
Scottsdale, Arizona 85253
Telephone: (480) 483-2178
Email: roebuck@slatonroebuck.com

Local Counsel for Defendant The Oracle Management, Inc.

KENNETH S. INGBER (CA Bar No. 174551)
KAROL H. INGBER (CA Bar No. 181165)
INGBER & ASSOCIATES
A Professional Law Corporation
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Telephone: (818) 707-3811
Facsimile: (818) 707-5294
Emails: ken@ingberlawyers.com / karol@ingberlawyers.com

Pro Hac Vice Counsel for Defendant The Oracle Management, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Zoe Federoff Smerda, an individual, Marek Smerda, an individual, and Lindsay Mathesan, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>The Oracle Management, Inc., a domestic for-profit corporation, Daniel Lloyd Davey, an individual, Cradle of Filth Touring Limited, an international corporation, and Cradle of Filth LLP, an international limited liability partnership.,<br><br>Defendants | Case No. 4:25-cv-00542-RM<br><br>**DECLARATION OF DEZ FAFARA IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) and 12(b)(3) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** |

1

Docusign Envelope ID: 26D7F769-E529-4A9E-ACFD-990F593E9CCE

I, DEZ FAFARA, declare as follows:

1.      I am over eighteen (18) years of age and competent to testify to the matters stated herein. I make this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently to these facts.

2.      I am a principal of The Oracle Management, Inc. ("Oracle"). Oracle is a California corporation with its principal place of business located in Los Angeles County, California.

3.      Oracle is an artist management company that provides management and consulting services to musical artists and entertainers, including *Cradle of Filth*. Oracle does not operate as a concert promoter, booking agency, merchandise company, or record label.

4.      Oracle has never maintained any office, mailing address, telephone listing, bank account, real or personal property, employees, agents, or representatives in the State of Arizona. Oracle is not registered to do business in Arizona and does not pay taxes, own or lease real estate, or maintain any physical presence there.

5.      Oracle's gross revenues from all sources have no material connection to Arizona. Oracle has not directly derived income specifically attributable to Arizona residents or Arizona-based activities.  Oracle's revenue is derived exclusively from management commissions it earns in representing its clients.

6.      Oracle does not advertise, solicit clients, or direct marketing toward residents of Arizona. Its business operations are conducted primarily from its headquarters in Los Angeles County, California.

7.      Oracle has never entered into any contract or agreement in the State of Arizona, nor has it executed or performed any management agreement, licensing agreement,

2

DECLARATION OF DEZ FAFARA
Case No.: 4:25-cv-00542-RM

Docusign Envelope ID: 26D7F769-E529-4A9E-ACFD-990F593E9CCE

or merchandise contract in Arizona. Any contracts negotiated by Oracle are executed in California or by electronic means from Oracle's California offices. To the extent Oracle's clients enter into merchandise and touring agreements, Oracle is not a party to those agreements. Oracle clients, including *Cradle of Filth*, are represented by separate legal counsel in connection with their legal agreements.

8.     Oracle's business model is limited to artist management and consulting services. Oracle does not conduct, manage, supervise, or have any ownership interest in concert promotion, booking agencies, merchandise companies, or record labels that may operate in Arizona. Those activities are undertaken by separate entities, including concert promoters, booking agents, or record labels, which are independently responsible for their own operations and sales.

9.     Oracle has never authorized, directed, or participated in the sale or distribution of any merchandise in Arizona bearing the names, likenesses, or performances of the Plaintiffs in this action, nor has Oracle received any payments or royalties directly from the sale of such merchandise in Arizona. Oracle has been paid management commissions derived from all of *Cradle of Filth's* international earnings, a de minimis portion of which may have been derived from the band's merchandise sales in Arizona.

10.     My personal visits to the State of Arizona have been limited and unrelated to the Plaintiffs or the matters alleged in this lawsuit. Specifically, I have been present in Arizona on the following two occasions since 2022 in connection with musical performances by the band *Devildriver*, which is managed by Oracle and with which I am personally affiliated as an artist:

3

DECLARATION OF DEZ FAFARA
Case No.: 4:25-cv-00542-RM

Docusign Envelope ID: 26D7F769-E529-4A9E-ACFD-990F593E9CCE

      a.     March 8, 2023 – The Marquee, Tempe, Arizona (performance with Devildriver)

      b.     October 5, 2023 – Encore, Tucson, Arizona (performance with Devildriver)

11.    Each of these visits was brief, lasting less than two days, and solely for the purpose of performing as a musician. None of those visits involved any business on behalf of Oracle, and no meetings, negotiations, or transactions concerning Oracle's business occurred in Arizona on those occasions.

12.    The performances referenced herein were arranged by third-party promoters without Oracle's involvement in the booking process, venue selection, or contract negotiation. Oracle had no role in marketing these events to Arizona residents.

13.    Oracle did not derive any income, revenue, or other business benefit from my personal appearances in Arizona; provided, however that I received nominal personal appearance fees for my performance (unrelated to this dispute) and Oracle earns commissions from *Devildriver*'s income. All Oracle business operations remain conducted exclusively from California.

14.    Oracle has not directed any acts toward Arizona giving rise to the claims asserted in the First Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _____ day of 11/14/2025 , 2025, at Los Angeles, California

By: _____
Dez Fafara

4

DECLARATION OF DEZ FAFARA
Case No.: 4:25-cv-00542-RM