**Ð**

Krystle Delgado, AZ Bar No. 031219
**Delgado Entertainment Law, PLLC**
6803 E. Main Street, Suite 1116
Scottsdale, Arizona 85251
Telephone: (480) 248-0657
Facsimile: (480) 718-8759
Krystle@delgadoentertainmentlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Zoe Federoff Smerda, an individual, Marek Smerda, an individual, Richard Shaw, an individual, Paul Allender, an individual, Sasha Baxter, an individual, and Lindsay Matheson, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>The Oracle Management, Inc., a domestic for-profit corporation, Daniel Lloyd Davey, an individual, Cradle of Filth Touring Limited, an international corporation, and Cradle of Filth LLP, an international limited liability partnership.<br><br>Defendants.. | Case No. 4:25-cv-00542-RM<br><br>**DECLARATION OF ZOE FEDEROFF** |

I, Zoe Federoff, under her oath, states:

1. This declaration is based on my personal knowledge. I am over eighteen (18) years of age and competent to attest to the facts stated herein.

2. The Oracle Management, Inc. ("**Oracle**") and its representatives managed, coordinated, and communicated payment information to other Plaintiffs and me, in connection with performances with Defendants.

- 1 -

DELGADO ENTERTAINMENT LAW, PLLC
3295 N. Drinkwater Blvd, #9
Scottsdale AZ 85251
(480) 248-0657

3.  Plaintiffs were told by Defendants to direct any questions, concerns, or disputes regarding payment in connection with the Defendants to either Oracle or the accountant chosen by Oracle for disbursing payment.

4.  Oracle and its representatives managed, coordinated or communicated tour dates for performances between the booking agent and me, and other Plaintiffs, in connection with Defendants.

5.  Oracle was at all relevant times in the Second Amended Complaint the sole or primary source of tour and performance information for Plaintiffs in connection with Defendants.

6.  Oracle and its representatives managed, coordinated, or communicated ticket sales for live performances between the booking agent and me, and other Plaintiffs, in connection with Defendants.

7.  Oracle was at all relevant times in the Second Amended Complaint the sole or primary source of ticket sale information for live performances featuring Plaintiffs in connection with Defendants.

RESPECTFULLY SUBMITTED on this 6th day of January, 2026.

By: _____
Zoe Federoff

- 2 -

DELGADO ENTERTAINMENT LAW, PLLC
3295 N. Drinkwater Blvd, #9
Scottsdale AZ 85251
(480) 248-0657

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, **PLAINTIFF'S DECLARATION OF ZOE FEDEROFF** was filed with the United States District Court, for the District of Arizona, using the CM/ECM system, which will send notification of such filing to counsel of record via electronic mail as follows:

KRISTIN M. ROEBUCK BETHELL (AZ Bar No. 31000)
SLATON ROEBUCK, PLLC
8501 N. Scottsdale Road, Suite 155
Scottsdale, Arizona 85253
Telephone: (480) 483-2178
Email: roebuck@slatonroebuck.com

Local Counsel for Defendant The Oracle Management, Inc.
KENNETH S. INGBER (CA Bar No. 174551)
INGBER & ASSOCIATES
A Professional Law Corporation
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Telephone: (818) 707-3811
Facsimile: (818) 707-5294
Emails: ken@ingberlawyers.com
Pro Hac Vice Counsel for Defendant The Oracle Management, Inc.

*Attorneys for Defendants*

*/s/ Tremain Davis*
*Tremain Davis*

- 3 -