KRISTIN M. ROEBUCK BETHELL (AZ Bar No. 31000)
SLATON ROEBUCK, PLLC
8501 N. Scottsdale Road, Suite 155
Scottsdale, Arizona 85253
Telephone: (480) 483-2178
Email: roebuck@slatonroebuck.com

Local Counsel for Defendants

KENNETH S. INGBER (CA Bar No. 174551)
INGBER & ASSOCIATES
A Professional Law Corporation
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Telephone: (818) 707-3811
Facsimile: (818) 707-5294
Emails: ken@ingberlawyers.com

Pro Hac Vice Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Zoe Federoff Smerda, an individual, Marek Smerda, an individual, and Lindsay Mathesan, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>The Oracle Management, Inc., a domestic for-profit corporation, Daniel Lloyd Davey, an individual, Cradle of Filth Touring Limited, an international corporation, and Cradle of Filth LLP, an international limited liability partnership.,<br><br>Defendants | Case No. 4:25-cv-00542-RM<br><br>**DECLARATION OF DANIEL LLOYD DAVEY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) FILED BY DEFENDANTS DANIEL LLOYD DAVEY, CRADLE OF FILTH TOURING LIMITED, AND CRADLE OF FILTH LLP** |

DECLARATION OF DANIEL LLOYD DAVEY

I, DANIEL LLOYD DAVEY, declare as follows:

1.    I am over eighteen (18) years of age and competent to testify to the matters stated herein. I am a Defendant in this action and make this declaration based on my own personal knowledge, and if called upon as a witness, I could and would testify truthfully to the following facts.

2.    I am a resident of Suffolk, England (the "UK"). I am lead vocalist, lyricist and a founding member of an extreme metal band, Cradle of Filth, which was formed in the UK in 1991. I am professionally known as "Dani Filth". Cradle of Filth performs globally, with extensive tours spanning North America, Europe, South American, Asia and Australia.

3.    I am also the principal of defendants Cradle of Filth Touring Limited and Cradle of Filth LLP, which handle, among other things, touring logistics, brand development, licensing and merchandising for the band. In that role, I am readily familiar with the entities' day-to-day business operations, touring logistics, contracts, accountings, licensing and merchandising, and with the location of personnel and records.

4.    Cradle of Filth Touring Limited and Cradle of Filth LLP were organized under the laws of the UK and have their principal place of business in the UK (hereinafter, collectively referred to as the "UK Entities"). Attached hereto as Exhibit A are true and correct copies of records for the UK Entities filed with the Registrar of Companies in England and Wales reflecting their status. The UK Entities do not conduct regular business operations in Arizona. They are not registered to do business in Arizona, do not pay Arizona business taxes, and do not maintain any Arizona business facility, inventory, or fulfillment center.

5. Business decisions for the UK Entities—including decisions regarding licensing, accounting, merchandising strategy, and brand management—are made in the UK. To my

DECLARATION OF DANIEL LLOYD DAVEY

knowledge, agreements related to licensing and merchandising are negotiated and executed outside Arizona, and the records concerning those decisions are maintained in the UK.

6.      Neither I nor the UK Entities have ever specifically targeted Arizona for merchandising sales, advertising, or marketing. The UK Entities do not operate an Arizona-based online store, Arizona-based warehouse, Arizona-based distribution facility, or Arizona-directed marketing campaign. They do not maintain Arizona representatives responsible for merchandising operations.

7.      To the extent the band performs live shows in the United States, those performances occur as part of multi-state tours and are episodic. Only a few tour stops have occurred in Arizona over the last 5 years, and those appearances are isolated and transitory and are not an operation of an ongoing business in Arizona.

8.      Any merchandise sold during U.S. tours is typically sold at venues by tour staff and/or third-party vendors as part of the touring operation and not as part of any continuous, Arizona-based commercial operation. Any such sales are incidental to live performances that occur at isolated tour stops across multiple states.

9.      To the extent Plaintiffs refer to licensing arrangements with third parties related to merchandise (including what Plaintiffs refer to as the "Night Shift Master Licensing Agreement"), any such licensing discussions and execution occurred outside Arizona, and records regarding such agreements and related accounting are maintained in the United Kingdom.

10.     To the extent Plaintiffs' claims are based on alleged online statements or posts, any such posts were made outside Arizona and were not directed specifically at Arizona. Any such communications were made to a global audience of fans and listeners, not to Arizona as a particular forum.

3

DECLARATION OF DANIEL LLOYD DAVEY

11.    Key witnesses and documents regarding the UK Entities' licensing, merchandising, accounting, and business decision-making are located in the United Kingdom. These include individuals involved in: (a) licensing negotiations; (b) royalty accounting and bookkeeping; (c) touring logistics and management; and (d) merchandising and brand management. Relevant documents include licensing agreements, royalty statements, accounting records, invoices, and communications concerning licensing, merchandising, and touring decisions. These records are maintained in the United Kingdom.

12.    Many relevant witnesses are located in the United Kingdom and would be outside the subpoena power of this Court in Arizona. It would be burdensome and costly to litigate these matters in Arizona given the location of witnesses, documents, and decision-making outside the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this date, _____04/02/2026_____, in _____, United Kingdom.

DocuSigned by:

Daniel Lloyd Davey

DECLARATION OF DANIEL LLOYD DAVEY