# EXHIBIT A

# FILE COPY



# CERTIFICATE OF INCORPORATION
# OF A
# LIMITED LIABILITY PARTNERSHIP

Partnership No. **OC448334**

The Registrar of Companies for England and Wales, hereby certifies that

**CRADLE OF FILTH LLP**

is this day incorporated under the Limited Liability Partnerships Act 2000 as a limited liability partnership, that the partnership is limited, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **24th July 2023**



*NOC448334D*



Companies House



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

 **Companies House**



# LLIN01 (ef)

| Application to register an LLP |
| --- |

*Received for filing in Electronic Format on the:*    **24/07/2023**    *XC8GBO5U*

---

*LLP name in full:*    **CRADLE OF FILTH LLP**

*Company Type:*    **Limited Liability Partnership**

*Situation of Registered Office:*    **England and Wales**

*Proposed Registered Office Address:*    **C/O CC YOUNG & CO, 3RD FLOOR THE BLOOMSBURY BUILDING 10 BLOOMSBURY WAY HOLBORN LONDON UNITED KINGDOM WC1A 2SL**

*At least two members named must be designated*

# *LLP Members*

| | |
|---|---|
| *Type:* | **Corporate** |
| *Name:* | **CRADLE OF FILTH TOURING LIMITED** |
| *Registered or principal address:* | **C/O CC YOUNG & CO, 3RD FLOOR THE BLOOMSBURY BUILDING**<br>**10 BLOOMSBURY WAY**<br>**HOLBORN**<br>**LONDON**<br>**WC1A 2SL** |

**UK LLP**

| | |
|---|---|
| *Registration Number:* | **04656487** |

Appointment is for a Designated Member
The members confirm that the person named has consented to act as a designated member

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR DANIEL LLOYD** |
| *Surname:* | **DAVEY** |
| *Former Names:* | |
| *Country/State Usually Resident:* | **UNITED KINGDOM** |
| *Date of Birth:* | **\*\*/07/1973** |
| *Service Address:* | **recorded as Company's registered office** |

Appointment is for a Designated Member
The members confirm that the person named has consented to act as a designated member

MR DANIEL LLOYD

## *Persons with Significant Control (PSC)*

**Statement of initial significant control**

**On incorporation, there will be someone who will count as a Person with Significant Control (either a registerable person or relevant legal entity (RLE)) in relation to the LLP**

# *Individual Person with Significant Control details*

---

*Names:*                          **MR DANIEL LLOYD DAVEY**

*Country/State Usually*           **UNITED KINGDOM**
*Resident:*

*Date of Birth:*    **\*\*/07/1973**          *Nationality:*    **BRITISH**

*Service address recorded the Limited Liability Partnership's registered office*

*The subscribers confirm that each person named as an individual PSC in this application knows that their particulars are being supplied as part of this application.*

*Nature of control*    **The person holds or is treated as holding, directly or indirectly, the right to share in more than 25% but not more than 50% of any surplus assets of the LLP on a winding up.**

*Nature of control*    **The person holds, directly or indirectly, more than 25% but not more than 50% of the LLP voting rights in the LLP.**

*Nature of control*    **The person holds the right, directly or indirectly, to appoint or remove a majority of the persons who are entitled to take part in the management of the LLP.**

# *Relevant Legal Entity (RLE) details*

| | |
|---|---|
| *Company Name:* | **CRADLE OF FILTH TOURING LIMITED** |
| *Service Address:* | **C/O CC YOUNG & CO, 3RD FLOOR THE BLOOMSBURY BUILDING**<br>**10 BLOOMSBURY WAY**<br>**HOLBORN**<br>**LONDON**<br>**WC1A 2SL** |
| *Legal Form:* | **LIMITED COMPANY** |
| *Governing Law:* | **COMPANIES ACT 2006** |
| *Register Location:* | **UNITED KINGDOM** |
| *Country/State:* | **UNITED KINGDOM** |
| *Registration Number:* | **04656487** |

| | |
|---|---|
| *Nature of control* | The relevant legal entity holds or is treated as holding, directly or indirectly, the right to share in more than 25% but not more than 50% of any surplus assets of the LLP on a winding up. |
| *Nature of control* | The relevant legal entity holds, directly or indirectly, more than 25% but not more than 50% of the LLP voting rights in the LLP. |
| *Nature of control* | The relevant legal entity holds the right, directly or indirectly, to appoint or remove a majority of the persons who are entitled to take part in the management of the LLP. |

## *Statement of Compliance*

---

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

---

# Authorisation

*Authoriser Designation:*    **member**                    *Authenticated*    **YES**

---