# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zoe Federoff Smerda, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Oracle Management Incorporated, et al.,<br><br>Defendants. | NO.  CV-25-00542-TUC-RM<br><br>**AMENDED  JUDGMENT  IN**<br><br>**A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 27, 2026, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

April 27, 2026

s/ S. Bracamonte
By   Deputy Clerk